UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ24-352 |
| Plaintiff, | ) D/ALASKA: CR24-59 |
| | ) |
| v. | ) |
| | ) |
| MARK SHUMOVICH, | ) DETENTION ORDER |
| | ) |
| Defendant. | ) |
| | ) |

Offense charged:    Conspiracy to Commit Offenses Against the United States; Violation of the Export Control Reform Act (2 counts); Smuggling Goods From the United States; Submitting False or Misleading Export Information (2 counts); Conspiracy to Commit Money Laundering: International Money Laundering (5 counts); Forfeiture Allegations.

Date of Detention Hearing:    June 13, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure

DETENTION ORDER
PAGE -1

the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged in the District of Alaska with the above-referenced offenses. He has waived an identity hearing and an Order of Transfer has been signed. Defendant was born in Russia, is a U.S. citizen, and resides in the Seattle area. He studied in Alaska but otherwise has few ties to that District. He has a U.S. passport. There is conflicting information about whether defendant has dual citizenship with Russia. Before his arrest, defendant had planned to travel to Bulgaria to join his fiancé and child for a trip of several weeks duration.

2. Defendant poses a risk of nonappearance based on ties to a foreign country and possible foreign citizenship, and the nature of the offense which involves access to cash. Defendant poses a risk of financial danger based on the nature of the instant offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 13th day of June, 2024.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3